UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MATTHEW JOHN ARAMBASICH,

    Plaintiff,

v.                                Case No.:  2:23-cv-240-SPC-KCD

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **ORDER**

Before the Court is the Commissioner's Unopposed Motion for Remand. (Doc. 20.) The Commissioner believes that remand is appropriate to accomplish the following:

> On remand, the Appeals Council will direct the Administrative Law Judge to take any steps necessary to fully develop the administrative record and will offer the claimant the opportunity for a new hearing and to submit additional evidence in support of his claim. Further, the Council will direct the Administrative Law Judge 4 to obtain supplemental vocational evidence or otherwise comply with Social Security Ruling 00-4p to resolve all apparent conflicts and articulate the resolution of any apparent conflicts between the jobs identified at step five of the sequential evaluation process and the Dictionary of Occupational Titles.

(*Id*. at 1-2.) Plaintiff consents to the relief requested.

Under 42 U.S.C. § 405(g), the Court has the power to enter judgment, reversing and remanding a social security case for rehearing. *See Shalala v. Schaefer*, 509 U.S. 292, 296-98 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 101-

02 (1991). The Commissioner's request for remand is appropriate, and given Plaintiff's consent, it will be granted.

Accordingly, it is now **ORDERED**:

1. The Commissioner's Unopposed Motion for Remand (Doc. 20) is **GRANTED**.

2. The Commissioner's decision denying benefits is **REVERSED** and this case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

3. The Clerk is **DIRECTED** to enter judgment, terminate all deadlines, deny all pending motions as moot, and close the file.

**ENTERED** in Fort Myers, Florida on October 19, 2023.

Kyle C. Dudek
United States Magistrate Judge

Copies: All Parties of Record